# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** January 9, 2020

**CASE OF:** ADVISORY OPINION TO THE ATTORNEY GENERAL RE: RAISING FLORIDA'S MINIMUM

**DOCKET NO.:** SC18-548          **OPINION FILED:** December 19, 2019

## ATTENTION:  ALL PUBLISHERS

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On page 16, added Jon L. Mills of Boies Schiller Flexner LLP, Miami, Florida, John B. Morgan of Morgan and Morgan, P.A., and Andrew M. Starling, Orlando, Florida, on behalf of Florida for a Fair Wage, as an interested party, to the list of attorneys.

**SIGNED:  OPINION CLERK**

**The corrected hard copy will follow.**